**196 So. 897**

**Eugene CULPEPPER v. STATE.**

**8 Div. 53.**

Supreme Court of Alabama.

May 16, 1940.

Harold T. Foster, of Scottsboro, and Wm. C. Rayburn, of Guntersville, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

BROWN, Justice.

Petition of Eugene Culpepper for certiorari to the Court of Appeals to review and revise the judgment and decision of

703

704

that Court in the case of Culpepper v. State, 29 Ala.App. 635, 196 So. 901.

The case was disposed of by the Court of Appeals without promulgating an opinion.

There is nothing to review.

Writ denied.

THOMAS, FOSTER, and LIVINGSTON, JJ., concur.